UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Donnie Monte Johnson,

        Plaintiff,

v.

City of Greenville and Officer Uvalle,

        Defendants.

**JUDGMENT**

4:15-CV-64-BR

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to strike (DE#21) is DENIED. Defendants' motion for summary judgment (DE# 12) is GRANTED.

Judgment is entered in favor of defendants and this case is closed.

**This judgment filed and entered on December 3, 2015, and served on:**

William J. Little, III (via CM/ECF Notice of Electronic Filing)
Donnie Monte Johnson (via US Mail at 466 Quartz Drive, Greenville, NC 27834)

December 3, 2015

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk